# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CITY OF DETROIT,<br><br>                Plaintiff,<br><br>v.<br><br><br>UNITED STATES DEPARTMENT<br>OF COMMERCE, *et al.*,<br><br>                Defendants. | Case No. 3:22-cv-12205-RHC-APP<br>Hon. Robert H. Cleland<br>Hon. Anthony P. Patti |

## **ORDER GRANTING JOINT MOTION TO MODIFY MARCH 7 ORDER**

Upon consideration of the parties' "Joint Motion to Modify the Court's March 7 Order [ECF No. 24] Regarding the Upcoming Hearing in This Matter" (ECF No. 25),

**IT IS ORDERED** that the Joint Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the parties need not file pre-hearing briefs, proposed findings of fact, or proposed conclusions of law;

**IT IS FUTHER ORDERED** that, no later than 12:00 p.m. on Tuesday, March 14th, Plaintiff shall file: (1) a joint statement of stipulated facts (assuming the parties are able to reach agreement on such a statement); (2) a list of the witnesses that each party intends to call, with a brief statement of the proposed testimony and estimate of the time to be consumed in direct and cross examination of each witness (assuming the

parties intend to call any witnesses); and (3) a list of additional exhibits (if any) that each party intends to introduce at the upcoming hearing in this matter; and

**IT IS FUTHER ORDERED** that in all other respects, if Plaintiff does not offer witness testimony, the Court will decide the pending motions solely on the basis of (1) the written submissions already before the Court (including the attachments and exhibits to those written submissions) and (2) the oral arguments of counsel that will be presented at the upcoming hearing in this matter.

**SO ORDERED**.

Dated: March 10, 2023         s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\22-12205.DETROIT.JointMotionModify37Order.NH.docx